UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Linda L'Esperance

   v.                                  Civil No. 11-cv-555-LM

HSBC Consumer Lending, Inc., et al.

**NOTICE OF RULING**

In an order dated February 1, 2012 (doc. no. 11), the court granted HSBC Consumer Lending, Inc.,'s motion to dismiss, but without prejudice to plaintiff's filing an amended complaint. In the event plaintiff elects to file an amended complaint, the complaint shall be filed on or before March 2, 2012.

_____
Landya McCafferty
United States Magistrate Judge

Date: February 2, 2012

cc: Jason D. Gregoire, Esq.
    Michael R. Stanley, Esq.
    Shenanne Ruth Tucker, Esq.
    John-Mark Turner, Esq.